THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY C. BRANDON, Appellant. [852 NYS2d 796]—

The defendant pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed. Therefore, he has no basis now to complain that the sentence was excessive (*see People v Ramirez*, 46 AD3d 844 [2007]; *People v Kazepis*, 101 AD2d 816, 817 [1984]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit. Rivera, J.P., Miller, Dillon and Belen, JJ., concur.